IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Omar Leon Rodriguez, | Plaintiff(s) | \| |
| | VS. | \| |
| | | \| Court No.: 1:22-cv-05561 |
| Maybach International Group, Inc. and | | \| |
| Bojan Delibasic and | Defendant(s) | \| |
| Lissette Transportation Services, Inc.and | | \| |
| Lissette C. Valdes, | | |

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, <u>James Anderson</u>, depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465 appointed by the court to serve process in the above referenced case. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: <u>Summons in a Civil Case, Civil Cover Sheet, and Complaint</u>

Defendant to be served: <u>Bojan Delibasic</u>

ADDRESS WHERE ATTEMPTED OR SERVED: <u>5125 W 123rd St., Alsip, IL, 60803</u>

I **NON-SERVED** the within named defendant on: <u>10/14/2022 2:06 PM</u>

**X NON-SERVICE** after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of following reason(s): <u>Employer will not allow service at place of employment. I wore a mask and socially distanced myself as best I could when completing this service. Spoke to Dan Naskovski M/W/30's. He stated the defendant is the owner but lives in Miami FL. He stated he does not live in this state.</u>

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Electronically signed by: James Anderson

10/17/2022 7:11:35 PM UTC
cae6f7ce-f791-440f-a117-fd954fe8d55c

James Anderson
Printed Name
Process Server
Title



878705_4121440_0_23__V4

Page 1 of 1

File Number: 3JL101122
Reference Number: 4121440
Case Number: 1:22-cv-05561
Client: Justicia Laboral, LLC
Doc Generated: 10/17/2022 01:47:48:356 PM